IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| WESTERN HERITAGE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | CASE NO. 13-CV-367-JED-PJC |
| v. | ) ) | |
| WARDLAW CLAIMS SERVICES. INC., AND RIMKUS CONSULTING GROUP, INC., | ) ) ) ) | |
| Defendants | ) | |

### ENTRY OF APPEARANCE

David A. Ward, Jr., Lead Counsel, hereby enters his appearance on behalf of Defendant Rimkus Consulting Group, Inc.

**WARD LAW FIRM**

/S/David A. Ward, Jr.
David A. Ward, Jr.
State Bar No. 00785177
Parkwood One
10077 Grogan's Mill Road, Suite 450
The Woodlands, Texas 77380
Telephone:  281-362-7728
Facsimile:  281-362-7743
ward@dwardlaw.com
poland@dwardlaw.com
*ATTORNEYS FOR DEFENDANT
RIMKUS CONSULTING GROUP, INC.*

John F. Heil, III
Bar Number: 15904
Hall, Estill, Hardwick, Gable, Golden, & Nelson, P.C.
320 South Boston Avenue, Suite 200
Tulsa, Oklahoma 74103-3706
Telephone: (918) 594-0400
Facsimile: (918) 594-0505
jheil@hallestill.com

-1-

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 1st day of August, 2013, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

**Attorneys for plaintiff Western Heritage Insurance Company**
Chad M. Neuens, Esq.      cneuens@neuensmitchell.com
Brian Lee Mitchell      bmitchell@neuensmitchell.com
Neuens Mitchell Freese PLLC
Lewis Center Building
2021 S. Lewis Avenue, Suite 660
Tulsa, Oklahoma 74104
Telephone: (918) 749-9334
Facsimile: (918) 749-9336

**Attorneys for WardLaw Claims Service**
Joseph R. Farris      jfarris@tulsalawyer.com
Jeremy K. Ward      jward@tulsalawyer.com
Franden, Woodard, Farris, Quillin and Goodnight
Williams Center Tower II
Two West 2nd Street, Suite 900
Tulsa, OK 74103
Tel: (918) 583-7129

                                                                   */S/David A. Ward, Jr.*
                                                                   David A. Ward, Jr.